■ WASHINGTON HEIGHTS OPTICAL, INC., Appellant, v THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Respondent. [893 NYS2d 872]—

Order, Supreme Court, New York County (Barbara R. Kapnick, J.), entered July 27, 2009, which denied plaintiff's motion for a *Yellowstone* injunction, unanimously affirmed, without costs.

Plaintiff brought this action to enjoin the Port Authority from terminating its lease (*First Natl. Stores v Yellowstone Shopping Ctr.*, 21 NY2d 630 [1968]). The consent of the states of New York and New Jersey to suits against the Authority (McKinney's Uncons Laws of NY § 7101 [L 1950, ch 301, § 1]) does not extend to suits seeking to restrain or enjoin the Authority unless brought by the attorney general of either state (Uncons Laws § 7105 [L 1950, ch 301, § 5] ) and the courts lack subject matter jurisdiction over this action (*see Matter of New York City Ch., Inc. of Natl. Elec. Contrs. Assn. v Fabber*, 73 Misc 2d 859, 864 [1973], *affd* 41 AD2d 821 [1973]; *see also Matter of Lewis v Lefkowitz*, 32 Misc 2d 434 [1961]).

While Court of Claims Act § 8 provides an exception to immunity for state agencies acting in a propriety capacity (*see Miller v State of New York*, 62 NY2d 506, 511 [1984]), there is no analogous provision governing the Authority, a bistate agency resident in both jurisdictions (Uncons Laws § 7106 [L 1950, ch 301, § 6]).

In view of the foregoing, plaintiff's remaining arguments are academic. Concur—Tom, J.P., Mazzarelli, Renwick, DeGrasse and Manzanet-Daniels, JJ.